No. 19-30353

# In the United States Court of Appeals for the Fifth Circuit

In re Rebekah Gee, Secretary of the Louisiana Department of Health; and
James E. Stewart, Sr., District Attorney for Caddo Parish,
*Petitioners*

\*\*\*\*\*\*\*\*

June Medical Services, LLC d/b/a Hope Medical Group for Women, on
behalf of its patients, physicians, and staff; and Dr. John Doe 1 and Dr. John
Doe 3, on behalf of themselves and their patients,
*Plaintiffs*

v.

Rebekah Gee, in her official capacity as Secretary of the Louisiana
Department of Health; and James E. Stewart, Sr., in his official capacity as
District Attorney for Caddo Parish,
*Defendants*

---

On Petition for Writ of Mandamus to U.S. District Court, Middle
District of Louisiana
No. 17-cv-404-BAJ-RLB

---

## Opposed Motion for Leave to File Reply in Support of Petition for Writ of Mandamus

---

Defendants respectfully request leave to file a reply brief in support

of their petition for writ of mandamus. The Federal Rules of Appellate

Procedure and this Court's rules neither expressly permit nor expressly

prohibit a reply, but replies are generally permitted for motions and

appellate briefs. Defendants' proposed reply — attached as Exhibit A —

is under 2,500 words, well under the length limits for replies in support

of motions and appeals provided for in the Rules. Fed. R. App. P. 21(d), 27(d)(2), 28.1(e).

Counsel for Defendants have contacted counsel for Plaintiffs, who represent that they do not consent to Defendants' motion for leave to file a reply. Plaintiffs counsel have not indicated whether they will file an opposition.

This Court has repeatedly considered replies in its mandamus decisions. *See, e.g., In re DePuy Orthopaedics, Inc.*, 870 F.3d 345, 347 (5th Cir. 2017) (noting consideration of reply in support of writ of mandamus); *In re 2920 ER, L.L.C.*, 607 F. App'x 349, 357 n.2 (5th Cir. 2015) (discussing argument from reply); *In re Ramirez*, 605 F. App'x 361, 365 (5th Cir. 2015) (noting petitioner's failure to address argument in reply). The Court has also repeatedly granted leave to reply over a respondent's opposition. *See In re J.P. Morgan Chase*, No. 18-20825 (5th Cir. Jan. 3, 2019) (granting opposed motion for leave to file a reply in support of petition for writ of mandamus); *In re Itron, Inc.*, No. 17-60722 (5th Cir. Nov. 28, 2017) (same).

Granting leave to file a reply is warranted here. Defendants seek leave not to comprehensively rebut Plaintiffs' Opposition, but to address

certain discrete issues for the first time on appeal — namely, (1) Plaintiffs' interpretation of the district court's decision, (2) Plaintiffs' current characterizations of their own claims, and (3) Plaintiffs arguments about the application of the standard for mandamus relief. The first and third points involve issues new to the Opposition brief; the second is one which Defendants had no occasion to address in the Petition. Considerations of fairness counsel for granting Defendants an opportunity to reply now. Defendants believe that addressing those issues in a concise reply would aid the Court's decisional process.

CONCLUSION

Defendants respectfully request leave to file the reply attached this motion.

Respectfully submitted,

/s/ Elizabeth B. Murrill

Stephen S. Schwartz
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
SSchwartz@Schaerr-Jaffe.com

Elizabeth B. Murrill
  Solicitor General
Joseph Scott St. John
  Deputy Solicitor General
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 326-6766
MurrillE@ag.louisiana.gov
StJohnJ@ag.louisiana.gov

*Counsel for Petitioners*

3

**CERTIFICATE OF SERVICE**

I certify that on June 21, 2019, I filed the foregoing brief with the Court's CM/ECF system, which will cause a copy to be served on all counsel of record.

I further certify that on June 21, 2019, I caused a copy to be delivered to the district court by Federal Express:

Hon. Brian A. Jackson
U.S District Court, Middle District of Louisiana
777 Florida Street, Suite 375
Baton Rouge, LA 70801

                    /s/ Elizabeth B. Murrill
                    Elizabeth B. Murrill
                    *Attorney for Petitioners*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), the undersigned certifies that:

1.    This brief complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains **369** words.

2.    This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2011, Century Schoolbook, 14-point font.

3.    This document has been scanned for viruses with the most recent version of a commercial virus scanning program and is free of viruses.

/s/ Elizabeth B. Murrill
Elizabeth B. Murrill
*Attorney for Petitioners*

June 21, 2019