IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 19-30353
_____

In re: REBEKAH GEE, in her official capacity as Secretary of the Louisiana Department of Health; JAMES E. STEWART, SR., in his official capacity as District Attorney for Caddo Parish,

    Petitioners

_____

Petition for a Writ of Mandamus
to the United States District Court for the
Middle District of Louisiana

_____

O R D E R:

IT IS ORDERED that petitioners' opposed motion for leave to file a reply in support of their petition for writ of mandamus is GRANTED.


LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT